No. 77–5459.  HARRISON v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 77–5465.  ULREY, AKA TALIFERRO v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 77–5472.  LAGRONE v. OKLAHOMA.  C. A. 10th Cir. Certiorari denied.

No. 77–5473.  TAYLOR v. TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 77–5480.  PHILLIPS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 77–5481.  BARTLETT v. TOLEDO BLADE Co., INC.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 77–5483.  DRAYTON v. NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 77–5484.  MATTISON ET AL. v. LEEKE, CORRECTIONS COMMISSIONER, ET AL.  C. A. 4th Cir.  Certiorari before judgment denied.

No. 77–5493.  PARKER v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 77–5499.  FORD v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 77–5504.  ROLLINS v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 77–5505.  CONTRERAS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 77–5514.  SMITH v. WHITE STORES, INC.  C. A. 5th Cir.  Certiorari denied.